IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARL E. JOHNSON                                                                          PLAINTIFF

v.                                        Case No. 4:10-CV-04138

SGT. JEREMY BROWN; LT. STEVEN GLOVER;
and CAPTAIN JOHNNY GODBOLT                                               DEFENDANTS

**O R D E R**

On this 21st day of September 2011, there comes on for consideration the Report and Recommendations (Doc. 23) filed in this case on August 26, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendants' Motion for Summary Judgment (Doc. 15) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of September 2011.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE